**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

**DAVID VANHORN,** individually, and as a Representative of a Class of Participants and Beneficiaries of The Lamar Savings and Profit Sharing Plan,
Plaintiff,

v.

**LAMAR MEDIA CORP., LAMAR MEDIA CORP. INVESTMENT COMMITTEE, and JOHN AND JANE DOES 1-30 IN THEIR CAPACITIES AS FIDUCIARIES OF THE LAMAR SAVINGS AND PROFIT SHARING PLAN,**
Defendants.

**CASE NO. 3:26-cv-01296-BAJ-SDJ**

**JUDGE BRIAN A. JACKSON**

**JUDGE SCOTT D. JOHNSON**

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83(b)(8) of the Local Rules for the Middle District of Louisiana, I, Charles Stiegler, an active member of the Bar of the U.S. District Court for the Middle District of Louisiana, respectfully request that the court admit Christopher M. Nienhaus pro hac vice to the Bar of this Court for the purpose of appearing on behalf of plaintiff David Vanhorn in the above-captioned action. As the sponsoring attorney, I am a member of the bar of this Court and have entered an appearance in this case. The filing fee has been paid and I maintain the address listed below.

Charles J. Stiegler, #33456
**STIEGLER LAW FIRM LLC**
318 Harrison Avenue, Suite 104

New Orleans, LA 70124
(504) 267-0777
charles@stieglerlawfirm.com

# AFFIDAVIT OF VISITING ATTORNEY

I, Christopher M. Nienhaus, make this affidavit in support of a motion to appear pro hac vice pursuant to Local Rule 83(b)(8):

My office information is:

Firm: Almeida Law Group LLC

Address: 849 W. Webster Ave., Chicago, IL 60614

Phone Number: (262) 206-0378

Email: chris@almeidalawgroup.com

I am a member in good standing of the bar of the highest court of the state of Wisconsin, where I regularly practice law. I have included with this filing an original certificate of good standing issued within the previous six months. No disciplinary proceedings or criminal charges have been instituted against me.

I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I hereby certify that the information provided on this form is true, correct, and complete as of this 20th day of November, 2026.

Christopher M. Nienhaus

Print Applicant Name

[signature]

Applicant Signature